■　　In the Matter of JOSEPH VARON, Petitioner, against THOMAS E. ROHAN et al., Constituting the STATE LIQUOR AUTHORITY, Respondents.— Determina-

tion unanimously confirmed, with $50 costs and disbursements to the respondents, and the proceeding dismissed. No opinion. Concur — Peck, P. J., Botein, Rabin, Frank and Valente, JJ.